UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gilberto Aponte<br>Debtors(s) | |
| Toyota Motor Credit Corporation<br>Movant | BK NO. 20-10808-ELF |
| v.<br>Gilberto Aponte<br>Respondent | CHAPTER 13 |
| and<br>William C Miller<br>Additional Respondent | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearages on the Agreement held by Movant in the amount of $3,119.30 representing post-petition installments from April 1, 2020 through January 1, 2021 will be resolved through an amendment to the Debtor's Chapter 13 plan.

2. The Debtor shall maintain their current monthly payment under the Agreement in the amount of $311.93.

3. Payments are to be made and sent to:

   Toyota Motor Credit Corporation
   PO Box 9490
   Cedar Rapids, IA 52409-9490

4. Should Debtor provide sufficient proof of payment made, including but not limited to the front and back of checks submitted, that have not been credited, Movant shall adjust the account accordingly.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void and no longer binding upon the parties.

6. The provisions of this Stipulation do not constitute a waiver by the Movant of right to seek reimbursement of any amounts not included in the stipulation, including fees and costs due under the terms of the Agreement and applicable law.

7. The parties agree that facsimile signature shall be considered an original signature.

Date: January 25, 2021

/s/ *Robert Wendt*, Esquire
By: Robert Wendt, Esquire
Attorney for Movant

Brad J Sadek, Esquire
Attorney for Debtor(s)

/s/ *LeRoy W. Etheridge*, Esquire
LeRoy W. Etheridge, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Eric L Frank