

# TitleExplorer

**TOYOTA FINANCIAL SERVICES** ▾    Search ▾    User Administration ▾

# Account Details

Go Back

**Account Number**

**Status**
ACTIVE

Show/Add Comments

Go Back

## Customer Information ▴

| | | | |
|---|---|---|---|
| Customers: Co-Owner: | APONTE GILBERTO | Address: | 419 SELMA ST PHILADELPHIA, PA, 191162753 |
| | | VIN: | 2T3RFREV6FW265461 |

## Account Information ▴

| | | | | | |
|---|---|---|---|---|---|
| Account Type: | Retail | License Plate: | | Dealer: | TEAM TOYOTA |
| Branch: | | State: | | Year: | 2015 |
| Account Status: | TRP | Vehicle Make: | TOYOTA | | |

| | | | | | |
|---|---|---|---|---|---|
| Contract Status: | ACTIVE | Account Rec'd: | 01/19/2018 | Contract Date: | 01/15/2018 |
| Title Trust: | 01 | Last Changed: | 02/11/2020 | Final Payment: | 02/01/2024 |