# J.D. POWER

11/11/2021

**J.D. POWER Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2015 Toyota RAV4 Utility 4D XLE AWD 2.5L I4 |
| Region: | Eastern |
| Period: | November 11, 2021 |
| VIN: | 2T3RFREV6FW265461 |
| Mileage: | 92,500 |
| Base MSRP: | $26,640 |
| Typically Equipped MSRP: | $27,540 |
| Weight: | 3,585 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Trade-In** | | | | |
| Rough | $14,900 | N/A | N/A | **$14,900** |
| Average | $16,100 | N/A | N/A | **$16,100** |
| Clean | $17,075 | N/A | N/A | **$17,075** |
| Clean Loan | $15,375 | N/A | N/A | **$15,375** |
| Clean Retail | $20,025 | N/A | N/A | **$20,025** |

### Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Aluminum/Alloy Wheels | w/body | w/body |