IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> GILBERTO APONTE, <br><br>    Debtor, <br><br> TOYOTA MOTOR CREDIT CORPORATION, <br><br>    Movant, <br><br>       v. <br><br> GILBERTO APONTE, and <br> KENNETH E. WEST, Trustee, <br><br>    Respondents. | Bankruptcy No. 20-10808-mdc <br><br> Chapter 13 <br><br> Document No. 84, 87 |

ORDER OF COURT

AND NOW, this 20th day of April 2023, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

                              BY THE COURT

                              _____
                              MAGDELINE D. COLEMAN
                              CHIEF U.S. BANKRUPTCY JUDGE